*F. T. Hord*, for appellants.

---

Church and Others *v*. The Town of Knightstown.

TOWN.—*Annexing Territory.*—*Appeal.*—The action of the board of county commissioners in annexing contiguous territory, not platted or recorded, to a town, is final, and no appeal lies therefrom.

APPEAL from the Henry Circuit Court.

Downey, C. J.—This was a proceeding instituted before the board of commissioners of Henry county, for the annexation of contiguous territory, not platted or recorded, to the town of Knightstown, under sections 51 and 52, 1 G. & H. 630.

The commissioners ordered the annexation, and the ob-

jectors appealed to the circuit court, where there was a simi-
lar result. They now appeal to this court.

We have decided, at the present term of this court, in the
case of the *Trustees of the Town of Princeton* v. *Manck, ante,*
p. 51, that there is no appeal from the action of the commis-
sioners in such a case, and that their action is final.

The judgment is reversed, with costs, and the cause
remanded to the circuit court, with instructions to dismiss
the appeal.

*J. H. Mellett* and *M. E. Forkner,* for appellants.

*S. E. Perkins* and *S. E. Perkins, Jr.,* for appellee.